John Doe

Pro Per

# UNITED STATES DISTRICT COURT
# DISTRICT OF NEVADA

John Doe,

    Plaintiff

vs.

COLLECTO, INC., dba COLLECTION COMPANY OF AMERICA, a Massachusetts corporation, DOES I-V, inclusive and ROE Coporations VI-X, inclusive,

    Defendant.

Case No.: 06-CV-00244 RLH (GWF)

MOTION TO SEAL PARTIAL RECORD

PLEASE TAKE NOTICE, PLAINTIFF, John Doe, hereby files his motion to seal a portion of the record containing private information.

## INTRODUCTION

Plaintiff's specially appears before this court since the case has resolved and seeks only to seal a portion of the record. Specifically, Plaintiff was recently notified his former counsel filed a complaint with a financial account number. Specifically, Document 1, page 3, contains a financial account number and should be sealed since Federal Rule of Civil Procedure Rule § 5.2 (a)(4) precludes an account number being a public record. The financial account number is not exempted under § 5.2(d) and therefore should be sealed.

## I. THE PARTIAL RECORD SHOULD BE SEALED SINCE PRIVATE INFORMATION IS PRESENT IN THE RECORD

Privacy rights, along with trade secrets and other limited types of rights, have long been held to warrant sealing of records. *See, e.g., Nixon v. Warner Communications, Inc.*, 435 U.S. at 598; *Brown & Williamson Tobacco Corp. v. F.T.C.* (6th Cir. 1983) 710 F.2d 1165, 117 cert. denied, 465 U.S. 1100 (1984).

Federal Rule of Civil Procedure Rule § 5.2 states in pertinent part,

> (a) Redacted Filings. Unless the court orders otherwise, in an electronic or paper filing with the court that contains an individual's social-security number, taxpayer-identification number, or birth date, the name of an individual known to be a minor, or a financial-account number, a party or nonparty making the filing may include only:
> (1) the last four digits of the social-security number and taxpayer-identification number;
> (2) the year of the individual's birth;
> (3) the minor's initials; and
> (4) <u>the last four digits of the financial-account number</u>. (Emphasis added)

Rule 5.2(e) provides, inter alia, that "[f]or good cause, the court may by order in a case...require redaction" of documents filed with the court. Fed. R. Civ. P. 5.2(d) and (e).

As here, Document 1, page 3, has the entire account number present.[1] Since it appears redaction post scanning into PACER is impossible, Plaintiff requests this court seal Document 1.

## CONCLUSION

It is for the above reasons this motion should be granted since the record sought to be sealed is within the scope of an expectation of privacy. As such Plaintiff requests this motion is granted.

Dated:      October 13, 2012              Respectfully submitted,

                                          /s/ John Doe
                                          John Doe
                                          Plaintiff

---

[1] Plaintiff requests this court take judicial notice of Document 1. A court may take judicial notice of its own files. *Reyn's Pasta Bella, LLC v. Visa USA, Inc.*, 442 F.3d 741, 746 n.6 (9th Cir. 2006)

Case No. 06-CV-00244 RLH (GWF)

PROOF OF SERVICE BY MAIL

I the undersigned declares as follows: I am in ▮▮▮▮▮ where this mailing will occur; I am over the age of eighteen (18) years and not a party to the cause; my business address is ▮▮▮▮▮

I am readily familiar with the business' practice for collection and processing of correspondence for mailing with the United States Postal Service, and the fact that the correspondence will be deposited with the United States Postal Service that same day in the ordinary course of business.

On October 13, 2012, I served the foregoing **MOTION TO SEAL PARTIAL RECORD** on the interested parties in this action by placing the correspondence in a sealed envelope on this date in the ▮▮▮▮▮ and placing it for deposit with the United States Postal Service. This sealed envelope with postage fully prepaid was then placed for collection and mailing on this date following ordinary business practices addressed as follows:

Clerk of the Court
U.S. District Court
333 S. Las Vegas Blvd.
Las Vegas, NV 89101

Tim J. Vanden Heuvel
550 W. C Street, Suite 800
San Diego, CA 92101

I certify and declare under penalty of perjury under the laws of the United States of America and State of Pennsylvania that the foregoing is true and correct.

Executed October 13, 2012, at ▮▮▮▮▮.



# UNITED STATES DISTRICT COURT
# DISTRICT OF NEVADA

| | |
|---|---|
| John Doe, | Case No.: 06-CV-00244 RLH (GWF) |
| Plaintiff | ORDER TO SEAL PARTIAL RECORD |
| vs. | |
| COLLECTO, INC., dba COLLECTION COMPANY OF AMERICA, a Massachusetts corporation, DOES I-V, inclusive and ROE Corporations VI-X, inclusive, | |
| Defendant. | |

GOOD CAUSE APPEARING,

The Clerk of the Court is directed to SEAL Document 1.

IT IS SO ORDERED.

Dated:

_____
District Court Judge