**UNITED STATES DISTRICT COURT**

**DISTRICT OF NEVADA**

| | |
|---|---|
| DARREN CHAKER-DELERNO,        ) | |
|              Plaintiff,        ) | Case No. 2:06-CV-00244-RLH-GWF |
| vs.        ) | **ORDER** |
| COLLECTO, INC.,        ) | |
|              Defendants.        ) | |

      **IT IS HEREBY ORDERED** that Order #8 granting Chaker's Motion to Seal Partial Record and the redacted Complaint (#9) are hereby **withdrawn.**

      DATED this 19th day of October, 2012.

                                                _____
                                                GEORGE FOLEY, JR.
                                                United States Magistrate Judge