# UNITED STATES DISTRICT COURT

# DISTRICT OF NEVADA

\* \* \*

| | |
|---|---|
| DARREN CHAKER-DELNERO, ) | Case No.: 2:06-cv-00244-RLH-GWF |
| ) | |
| Plaintiff(s), ) | **O R D E R** |
| ) | |
| vs. ) | (Motion to Seal Partial Record – #7) |
| ) | |
| COLLECTO, INC, dba COLLECTION ) | |
| COMPANY OF AMERICA, et al., ) | |
| ) | |
| Defendant(s). ) | |

Before the Court is Plaintiff Darren Chaker-Delnero's **Motion to Seal Partial Record** (#7, filed on Oct. 15, 2012). Defendants did not file any opposition. For the reasons discussed below, the Court denies Plaintiff's motion.

Plaintiff seeks to seal the Complaint based on his assertion that the Complaint includes a financial account number. Federal Rule of Civil Procedure 5.2(a) provides for redaction of filings that contain financial account numbers. However, Rule 5.2(a) does not protect all account numbers, rather it only protects certain "personal data identifiers" such as financial accounts. Additionally, a party "waives the protection of FRCP 5.2(a) as to the person's own

1

information by filing it without redaction and not under seal." FRCP 5.2(h). Even so, a party who filed "an unredacted identifier by mistake" may seek relief from the Court. FRCP 5.2(h) cmt.

Plaintiff argues that he "was recently notified his former counsel filed a complaint with a financial account number." Here, the Complaint contains a number relating to "an alleged cingular wireless debt" that Collection Company of America ("CCA") was attempting to collect. The number is referred to as "CCA Account #." Short of a conclusory characterization, Plaintiff offers no explanation of how this CCA Account # is a *financial* account or connected to a *financial* account warranting sealing the Complaint. Additionally, Plaintiff does not argue that the unredacted filing was made by mistake. Absent a mistake, Plaintiff waived the protection of FRCP 5.2(a) because the information was contained in his own initial filing. Thus, Rule 5.2(a) does not require sealing the Complaint. Accordingly, the Court denies Plaintiff's motion.

Accordingly, and for good cause appearing,

IT IS HEREBY ORDERED that **Plaintiff's Motion to Seal Partial Record** (#7) is DENIED.

Dated: October 18, 2012.

_____
**ROGER L. HUNT**
**United States District Judge**

AO 72
(Rev. 8/82)