# UNITED STATES DISTRICT COURT
# DISTRICT OF NEVADA

DARREN CHAKER-DELNERO,

    Plaintiff

vs.

COLLECTO, INC., dba COLLECTION COMPANY OF AMERICA, et. al.

    Defendants.

Case No.: 06-CV-00244 RLH (GWF)

ORDER

GOOD CAUSE APPEARING,

Plaintiff's Application to File Under Seal is GRANTED. The Clerk of the Court is directed to file Plaintiff's Ex Parte Motion to Seal Records and the Application under seal.

IT IS SO ORDERED.

Dated:

                                              District Court Judge



USPS Priority Mail shipping label.

TO: Clerk of the Court
US District Court
333 Las Vegas Blvd.
Las Vegas, NV 89101

Stamp: MAY 13 2021 CLERK US DISTRICT COURT / XRAYED US MARSHALS SERVICE

US POSTAGE PAID $7.95
Origin: 8915
05/17/21
PRIORITY MAIL 1-DAY®
2 Lb 4.60 oz
EXPECTED DELIVERY DAY: 05/18/21
C075
SHIP TO: 333 LAS VEGAS BLVD S
Las Vegas NV 89101-7065
USPS TRACKING® # 9505 5147 1900 1137 8440 13